IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PUCKETT,<br><br>          Plaintiff,<br><br>v.<br><br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>          Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br><br><br>1:12-CV-00478-NRB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JAMES PUCKETT and his counsel, hereby give notice that the above-captioned action has been settled and is therefore voluntarily dismissed with prejudice against the Defendant ENHANCED RECOVERY COMPANY, LLC.

Dated:       February 23, 2012

By: _/s/ Allison Polesky_
Allison Polesky, Esq. (AP5446)
LAW OFFICES OF ALLISON POLESKY, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Phone: 866-479-9500
Facsimile: 866-688-4300
Attorney for Plaintiff JAMES PUCKETT

## CERTIFICATE OF SERVICE

    I hereby certify that on February 23, 2012, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following party via regular mail at the address listed below.

Dated:      February 23, 2012

Ginny L. Walker
Director of Compliance and Administration
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256
gwalker@erccollections.com

*/s/ Allison Polesky*
Allison Polesky (AP5446)
Law Offices of Allison Polesky, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Tel: 866-479-9500
Fax.: 866-688-4300
ConsumerRightsLawyer@gmail.com
Attorney for Plaintiff JAMES PUCKETT